IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRONNE G. DAVIS, SR.**                                                                                  **PLAINTIFF**

V.                                           **4:20CV00128 JM**

**DEPARTMENT OF VETERAN AFFAIRS,**
Robert Wilkie, Secretary                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 3rd day of May, 2021.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE